ACCEPTED
05-15-00924-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/21/2015 2:38:32 PM
LISA MATZ
CLERK

# Fidelity National Law Group

5151 Beltline Road, Suite 410
Dallas, Texas 75254

**Elizabeth R. Flora**
**Associate Litigation Counsel**
Telephone: (972) 812-6541
Fax: (972) 812-9408
elizabeth.flora@fnf.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/21/2015 2:38:32 PM

LISA MATZ
Clerk

September 21, 2015

Via Electronic Filing
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Ste. 200
Dallas, Texas 75202

      RE:    Court of Appeals Number:   05-15-00924-CV
              Trial Court Case Number:   DC-14-13228

      Style:  *NSA Partners, LTD and Integrity Title Company, LLC v. Frank S. La Barba, Jr.*

To the Honorable Court of Appeals:

This letter brief is filed in response to this Honorable Court's correspondence dated September 10, 2015. By that correspondence, this Court raised a concern regarding jurisdiction over the appeal. Specifically, that Appellants NSA and Integrity Title are seeking to appeal a "Final Judgment" that does not appear to be a final judgment, in that it does not dispose of all parties and all claims.

Appellant NSA Partners agrees with the assessment by the Court of Appeals. Defendant NSA Partners, LTD's cross-claim filed on June 26, 2015 was not disposed of by the trial court's "Final Judgment" signed on July 1, 2015. However, the 192nd District Court entered the "Final Judgment" with the notation "All Other Dispositions" and administratively closed the case (see attached Register of Actions). Therefore, in an abundance of caution Appellants timely filed a notice of appeal.

              Respectfully Submitted,

              */s/ Elizabeth R. Flora*
              Elizabeth R. Flora

cc:      Via Electronic Filing
        Mr. John Dunne
        Ms. Reesa Hendrick
        Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C.
        1001 McKinney Street, Ste. 1100
        Houston, Texas 77002

        Via Electronic Filing
        Mr. Stuart Reynolds, Jr.
        Mr. Peter Hall
        Schneider, Miller, Reynolds, P.C.
        300 N. Coit Rd, Ste. 1125
        Richardson, Texas 75080

Skip to Main Content Logout My Account Search Menu New Civil District Search Refine Search Back     Location : All District Civil Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. DC-14-13228

| | | | |
|---|---|---|---|
| FRANK LaBARBA, JR. vs. NSA PARTNERS, LTD., et al | § § § § § | Case Type: | **OTHER (CIVIL)** |
| | | Date Filed: | **11/12/2014** |
| | | Location: | **192nd District Court** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| DEFENDANT | EVENSON, TERRIE M. | **Pro Se** |
| | | |
| DEFENDANT | INTEGRITY TITLE COMPANY, LLC | **REESA D HEDRICK** |
| | | *Retained* |
| | | 713-646-5500(W) |
| | | |
| DEFENDANT | JOHN LABARBA LIFE, LLC | |
| | | |
| DEFENDANT | NSA PARTNERS, LTD. | **ROBERT A MILLER, Jr.** |
| | | *Retained* |
| | | 214-780-0380(W) |
| | | |
| PLAINTIFF | LaBARBA, JR., FRANK S. | **STUART M REYNOLDS** |
| | | *Retained* |
| | | 972-479-1112(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 07/01/2015 | ALL OTHER DISPOSITIONS (Judicial Officer: SMITH, CRAIG) |
| | Vol./Book 480K, Page 33, 3 pages |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 11/12/2014 | NEW CASE FILED (OCA) - CIVIL |
| 11/12/2014 | ORIGINAL PETITION |
| 11/12/2014 | CASE FILING COVER SHEET |
| 11/12/2014 | ISSUE CITATION |
| 11/14/2014 | CITATION ISSUED |
| | *CITATIONS ISSUED* |
| 11/26/2014 | ORIGINAL ANSWER - GENERAL DENIAL |
| 11/26/2014 | CORRESPONDENCE - LETTER TO FILE |
| | *FROM D(TERRIE EVENSON) & ATTACHMENTS* |
| 12/01/2014 | WAIVER |
| | *DEFENDANT'S WAIVER OF CITATION AND SERVICE-NSA PARTNERS, LTD* |
| 12/10/2014 | WAIVER |
| | *OF CITATION & SERVICE-INTEGRITY TITLE CO LLC* |
| 12/10/2014 | MISCELLANOUS EVENT |
| | *W/ATTACHMENTS* |
| 12/16/2014 | WAIVER |
| | *WAIVER OF SERVICE-TERRIE M. EVENSON* |
| 12/18/2014 | ORIGINAL ANSWER - GENERAL DENIAL |
| 01/05/2015 | ORIGINAL ANSWER - GENERAL DENIAL |
| 01/13/2015 | WAIVER |
| | *No Fee Documents* |
| 01/21/2015 | ORDER - PRETRIAL |
| | Vol./Book 478K, Page 305, 1 pages |
| 01/21/2015 | ORDER - MEDIATION |
| | Vol./Book 478K, Page 327, 2 pages |
| 01/23/2015 | MISCELLANOUS EVENT |
| | *UPDATE ON PAPERWORK & ATTACHMENT* |
| 03/02/2015 | CORRESPONDENCE - LETTER TO FILE |
| | *FROM MEDIATOR* |
| 03/02/2015 | CORRESPONDENCE - LETTER TO FILE |
| | *TO CNSL FROM MEDIATOR* |
| 03/17/2015 | CORRESPONDENCE - LETTER TO FILE |
| | *W/ATTACHMENTS* |
| 03/19/2015 | MOTION - SUMMARY JUDGMENT |
| 03/19/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| 03/19/2015 | CORRESPONDENCE - LETTER TO FILE |
| 04/13/2015 | *CANCELED* Motion - Summary Judgment (2:15 PM) (Judicial Officer SMITH, CRAIG) |
| | *HEARING RESCHEDULED* |
| | *P/MSJ (Peter - 972-479-1112)* |

| 04/22/2015 | RESPONSE |
| | DEFT-TO MOTION FOR SUMMARY JDGT |
| 04/28/2015 | AMENDED ANSWER - AMENDED GENERAL DENIAL (Judicial Officer: SMITH, CRAIG ) |
| | 1ST |
| 04/28/2015 | MOTION - ABATEMENT |
| | DEFT |
| 04/29/2015 | Motion - Summary Judgment (9:00 AM) (Judicial Officers SMITH, CRAIG, SMITH, CRAIG) |
| | PETER 972 479 1112 |
| 04/29/2015 | NOTICE OF HEARING / FIAT |
| | MOTION FOR SUMMARY JUDGMENT |
| 04/29/2015 | SPECIAL APPEARANCE |
| | DEFT-TERRIE M EVENSON-NOTICE OF & REQUEST FOR DISMISSAL |
| 04/29/2015 | ORDER - JUDGMENT |
| | PLTF-SUMMARY |
| | Vol./Book 479K, Page 452, 3 pages |
| 05/14/2015 | MOTION - ATTORNEY FEES |
| | PLAINTIFF |
| 05/14/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| | ORDER AWARDING ATTORNEY FEES & COST |
| 05/15/2015 | NOTE - ADMINISTRATOR |
| | Hearing req'd on MAward Atty Fees & Cost |
| 06/08/2015 | MOTION HEARING (2:45 PM) (Judicial Officer SMITH, CRAIG) |
| | PLTF-HEARING WAS SET BY PETER HALL-972-479-1112 |
| 06/09/2015 | NOTICE OF NONSUIT |
| | AS TO THE PLAINTIFF |
| 06/12/2015 | CORRESPONDENCE - LETTER TO FILE |
| | Letter Brief to Judge Smith |
| 06/12/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| | O/AWARDING ATTYS FEES |
| 06/12/2015 | NOTE - CLERKS |
| | O/AWARDING ATTYS FEES & LETTER BRIEF TO JUDGE FILED ON 6/12-TO JUDGE'S QUEUE |
| 06/16/2015 | RESPONSE |
| | DEFT-OF INTERGRITY TITLE COMPANY LLC TO PLTFS LETTER BRIEF APPLICATION FOR AWARD OF ATTYS FEES |
| 06/16/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| | O/DENYING FEE APPLICATION |
| 06/16/2015 | NOTE - CLERKS |
| | O/DENYING FEE APPLICATION-JUDGE'S QUEUE |
| 06/16/2015 | ORDER - ATTORNEY FEES |
| | AWARDING & COSTS |
| | Vol./Book 479K, Page 1151, 2 pages |
| 06/16/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| | Letter Brief |
| 06/17/2015 | NOTE - CLERKS |
| | LETTER BRIEF - ADMIN QUE |
| 06/17/2015 | BRIEF FILED |
| | Reply Brief to Judge Smith |
| 06/17/2015 | NOTE - CLERKS |
| | SENT 6/17-LETTER BRIEF TO JUDGE'S QUEUE |
| 06/17/2015 | RESPONSE |
| | Defendant NSA's Response and Objection to Plaintiff's Reply Brief Filed June 17th, 2015 |
| 06/17/2015 | NOTE - CLERKS |
| | D/RSP & OBJ TO LETTER BRIEF - JUDGE QUE |
| 06/26/2015 | MOTION - ENTER ORDER |
| 06/26/2015 | NON-SIGNED PROPOSED ORDER/JUDGMENT |
| | No Fee Documents |
| 06/26/2015 | NOTE - CLERKS |
| | FINAL JUDG - JUDGE QUE |
| 06/26/2015 | CROSS CLAIM |
| | DEFENDANT/ CROSS-PLAINTIFF NSA PARTNERS, LTD.'S ORIGINAL CROSS -CLAIM AGAINST DEFENDANT / CROSS -DEFENDANT |
| | JOHN LABARBA LIFE, LLC |
| 07/01/2015 | REQUEST FOR SERVICE |
| | REQUEST FOR CITATION TO BE ISSUED TO JOHN LABARBA LIFE, LLC |
| 07/01/2015 | ISSUE CITATION |
| 07/07/2015 | NOTICE OF JUDGMENT MAILED |
| 07/09/2015 | CITATION |
| | CMR #9214-8901-0661-5400-0061-6861-57 |
| | JOHN LABARBA LIFE, LLC                    Unserved |
| 07/21/2015 | RETURNED MAIL |
| | NOTICE OF JUDGMENT AND FINAL JUDGMENT |
| 07/31/2015 | NOTICE OF APPEAL - CT. OF APPEALS |
| | Joint Notice of Appeal-REQUESTED A DESIGNATION WITHIN 3 DAYS, SUBMITTED NOA TO THE 5TH COA CONF. NO.13419 |
| 08/05/2015 | COA - POST CARD |
| | COA case no 05-15-00924-CV, postcard |
| 08/06/2015 | REQUEST CLERK PREPARE RECORD |
| | Request for Documents To Be Included In the Clerk's Record |
| 08/12/2015 | SUPPLEMENTAL CLERK'S RECORD REQUEST |
| 08/27/2015 | REQUEST FOR SERVICE |
| | REQUEST |
| 08/27/2015 | ISSUE WRIT |
| 08/31/2015 | NOTE - CLERKS |
| | COA NO. 05-15-00924-CV, PREPARING CLERK'S RECORD |
| 08/31/2015 | CLERK'S RECORD PAYMENT INVOICE |
| | COA NO. 05-15-00924-CV, PREPARED INVOICE EMAILED COPY TO ATTY Cause No. DC-14-13228 FRANK S LA BARBA JR. Vs. NSA |
| | PARTNERS LTD & INTEGRITY TITLE COMPANY LLC Pages: 143 Clerk's Record-$ 143.00 Transcript Fee-$ 25.00 Total Fee-$ 168.00 |

| | |
|---|---|
| 09/02/2015 | **COA - NO PAYMENT LETTER**<br>*COA NO. 05-15-00924-CV, SUBMITTED NO PAY LTR TO LISA MATZ CONF. NO.13834* |
| 09/02/2015 | **EXECUTION**<br>*(1) EXE 218/233 ATTY RR*<br>*NSA PARTNERS, LTD.*   Unserved |
| 09/02/2015 | COA - POST CARD<br>*COA case no 05-15-00924-CV, postcard* |
| 09/03/2015 | COA - CORRESPONDENCE LETTER<br>*COA case no 05-15-00924-CV, correspondence* |
| 09/09/2015 | APPELLATE RECORD<br>*COA NO. 05-15-00924-CV, REC'D PYMT IN THE AMOUNT OF $168 FROM FIDELITY NATIONAL TITLE INS. CO., SUBMITTED CLERK'S RECORD TO THE 5TH COA CONF. NO.13914* |
| 10/26/2015 | CANCELED   Non Jury Trial (9:00 AM) (Judicial Officer SMITH, CRAIG)<br>CASE CLOSED |

---

**FINANCIAL INFORMATION**

---

| | | | |
|---|---|---|---:|
| | **DEFENDANT** NSA PARTNERS, LTD.<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 09/21/2015** | | 320.00<br>320.00<br>**0.00** |
| 06/30/2015 | Transaction Assessment | | 65.00 |
| 06/30/2015 | CREDIT CARD - TEXFILE (DC)   Receipt # 37614-2015-DCLK | NSA PARTNERS, LTD. | (65.00) |
| 07/01/2015 | Transaction Assessment | | 87.00 |
| 07/01/2015 | CREDIT CARD - TEXFILE (DC)   Receipt # 38131-2015-DCLK | NSA PARTNERS, LTD. | (87.00) |
| 08/31/2015 | Transaction Assessment | | 168.00 |
| 09/08/2015 | PAYMENT (CASE FEES)   Receipt # 53020-2015-DCLK | FIDELITY NATIONAL TITLE INS CO | (168.00) |
| | **PLAINTIFF** LaBARBA, JR., FRANK S.<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 09/21/2015** | | 317.00<br>317.00<br>**0.00** |
| 11/12/2014 | Transaction Assessment | | 309.00 |
| 11/12/2014 | CREDIT CARD - TEXFILE (DC)   Receipt # 65879-2014-DCLK | LaBARBA, JR., FRANK S. | (309.00) |
| 08/30/2015 | Transaction Assessment | | 8.00 |
| 08/30/2015 | CREDIT CARD - TEXFILE (DC)   Receipt # 50916-2015-DCLK | LaBARBA, JR., FRANK S. | (8.00) |